UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT ACEVEDO,

                Plaintiff,

-against-

THE HELENA ASSOCIATES LLC AND
HUDSON MARKET 57, INC.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2021
```

20 Civ. 4225 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 14, 2020, the Court ordered the parties to submit a joint status letter by February 25, 2021. ECF No. 29 ¶ 15. That submission is now overdue.

    Accordingly, the case management conference scheduled for March 4, 2021, is ADJOURNED to **March 18, 2021**, at **10:40 a.m.** By **March 11, 2021**, the parties shall file their joint status letter.

    SO ORDERED.

Dated: March 3, 2021
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge